USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| ERIK OJALA | ) |
| *Plaintiff* | ) |
| v. | ) |
| ATRIUM MEDICAL CORPORATION, et al. | ) |
| *Defendant* | ) |

Case No.  1:18-cv-00115

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Erik Ojala                                                                                                        .

Date:     02/08/2018

/s/ Alyson M. Petrick
*Attorney's signature*

Alyson M. Petrick (pro hac vice - MO Bar # 68323)
*Printed name and bar number*

CAREY DANIS & LOWE
8235 Forsyth Blvd. Suite 110, St. Louis, MO 63105

*Address*

apetrick@careydanis.com
*E-mail address*

(314) 725-7700
*Telephone number*

(314) 721-0905
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

 All Counsel of Record.


 Conventionally Served:


_____

Date

/s/ Alyson M. Petrick
_____

Signature