# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| ERIK OJALA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00115 |
| ATRIUM MEDICAL CORPORATION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Erik Ojala.

Date: 02/08/2018

/s/ Sarah Shoemake Doles
*Attorney's signature*

Sarah Shoemake Doles (PHV - MO Bar # 45747)
*Printed name and bar number*

CAREY DANIS & LOWE
8235 Forsyth Blvd. Suite 110, St. Louis, MO 63105
*Address*

sdoles@careydanis.com
*E-mail address*

(314) 725-7700
*Telephone number*

(314) 721-0905
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All Counsel of Record.

Conventionally Served:

| Date | /s/ Sarah Shoemake Doles |
|---|---|
|  | Signature |